# Order

Michigan Supreme Court
Lansing, Michigan

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145082

CAROLYN M. SCHMIDT,
         Plaintiff-Appellee,

v                                              SC: 145082
                                               COA: 300718
                                               Ingham CC: 08-001319-NM
DENISE M. LAFAVE SMITH and DENISE
LAFAVE SMITH, P.L.L.C., a/k/a LAFAVE
SMITH CENTER FOR FAMILY & ELDER
LAW,
         Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the March 29, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012                          _____
                                                   Clerk

h0827